No. 708, Misc. COLEY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 715, Misc. FRANKLIN *v.* BOSLOW, DIRECTOR, PATUXENT INSTITUTION. Circuit Court of Wicomico County, Maryland. Certiorari denied.

No. 730, Misc. UNITED STATES EX REL. McCONNELL *v.* RAGEN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 615, Misc. BURDETTE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. Petitioner *pro se.* *Solicitor General Rankin* for the United States.

No. 4. BROWN *v.* UNITED STATES, *ante,* p. 41;

No. 11. HARRIS *v.* UNITED STATES, *ante,* p. 19;

No. 153. GANGER ET AL. *v.* CITY OF MIAMI, *ante,* p. 64;

No. 524. E T & W N C TRANSPORTATION CO. *v.* CURRIE, COMMISSIONER OF REVENUE OF NORTH CAROLINA, *ante,* p. 28;

No. 644. CHAPIN ET AL. *v.* UNITED STATES, *ante,* p. 924;

No. 646. FIREMAN'S FUND INSURANCE CO. *v.* WILBURN BOAT CO. ET AL., *ante,* p. 925;

No. 648. TAMARKIN *v.* UNITED STATES, *ante,* p. 925;

No. 661. UNITED STATES *v.* WIGGINS, *ante,* p. 942;

No. 686. TAITEL ET AL., DOING BUSINESS AS I. TAITEL & SON, *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 944;

No. 451, Misc. CROMWELL *v.* DULLES, SECRETARY OF STATE, ET AL., *ante,* p. 929; and

No. 585, Misc. MOORE *v.* UNITED STATES, *ante,* p. 941. Petitions for rehearing denied.